FLORENZ ZIEGFELD, JR., Respondent, *v.* NORA B. NORWORTH et al., Appellants.

*Ziegfeld* v. *Norworth,* 142 App. Div. 937, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an injunction to restrain defendants from violating an alleged contract.

The motion was made upon the grounds:

*First.* That the injunction granted by the final decree having expired, the appeal presented nothing but an academic question.

*Second.* That no appeal lay to the Court of Appeals to review an allowance of costs in an equity action.

*Third.* That said court might not review the question as to the propriety of the award of costs, having no jurisdiction to review the subject-matter of the final judgment, namely, the granting of an injunction the duration of which had expired, and that the appeal presented only questions of fact not reviewable by the Court of Appeals.

*David Gerber* for motion.

*Benjamin N. Cardozo* and *William Klein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.